PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ARREST OF:

VICTOR MANUEL RAMIREZ

CASE NO.   1:21-mj-00039-BAM

SEALING ORDER

**UNDER SEAL**

### SEALING ORDER

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:   5/6/2021

Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE