1

HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100

2

Assistant Federal Defender
801 I Street, 3rd Floor

3

Sacramento, CA  95814
Tel: (916) 498-5700

4

Fax: (916) 498-5710

5

6

Attorney for Defendant
VICTOR  MANUEL RAMIREZ

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,    ) Case No. 1:21-CR-00146-JLT-SKO

11

                     )
        Plaintiff,     )

12

                     ) **STIPULATION TO MODIFY CONDITIONS**
        vs.       ) **OF PRETRIAL RELEASE; ORDER**

13

                     )
VICTOR MANUEL RAMIREZ   )

14

                     )
                     )

15

        Defendant.   )
                     )

16

17

IT IS HEREBY STIPULATED, by and through the parties, through their respective

18

counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Assistant

19

Federal Defender Meghan D. McLoughlin, counsel for defendant Victor Manuel Ramirez, that

20

Mr. Ramirez's conditions of pretrial release be modified to allow for participation in mental

21

health treatment.

22

On May 19, 2021, Mr. Ramirez was granted pretrial release on conditions. ECF No. 9.

23

Those conditions do not include any requirement that he participate in mental health treatment,

24

as it was not an issue at the time of the hearing. *See* Order Setting Conditions Of Release, ECF

25

No. 11. Mr. Ramirez now seeks to explore mental health treatment options with Pretrial Services.

26

Mr. Ramirez's Pretrial Services Officer Elizabeth Gutierrez supports the proposed modification,

27

and Assistant United States Attorney Antonio Pataca has no objection.

28

In light of the above, the parties request that Mr. Ramirez's conditions of release be

1    modified to include the following conditions:

2         (1) You must participate in a program of medical or psychiatric treatment including

3              treatment for drug or alcohol dependency, as approved by the PSO; you must pay all

4              or part of the costs of the counseling services based upon your ability to pay, as

5              determined by the PSO; and

6         (2) All previously imposed conditions of release not in conflict with this order shall

7              remain in full force and effect.

8

9

10                                            Respectfully submitted,

11                                            HEATHER E. WILLIAMS
                                              Federal Defender

12

13   Dated: December 7, 2022                 */s/ Meghan D. McLoughlin*
                                              MEGHAN MCLOUGHLIN
14                                            Assistant Federal Defender
                                              Attorney for Defendant
15                                            VICTOR MANUEL RAMIREZ

16

17   Dated: December 7, 2022                 */s/ Antonio J. Pataca*
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney
18

19

20   IT IS SO ORDERED.

21
          Dated:   **December 9, 2022**          /s/ *Barbara A. McAuliffe*
22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Ramirez—Stipulation and [Proposed] Order            -2-
To Modify Conditions Of Release