HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VICTOR  MANUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00146-JLT-SKO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| VICTOR MANUEL RAMIREZ | DATE: May 15, 2023 |
|  | TIME: 9:00 a.m. |
|  | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

Counsel for Defendant Victor Manuel Ramirez, by and through his counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Antonio J. Pataca, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on May 15, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until August 21, 2023 at 10:00 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant has been seeking and investigating different mitigation documents related to defendant and vital at sentencing, and is still waiting to receive those documents.

1      b)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       c)     The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 6, 2023              */s/ Meghan D. McLoughlin*
                                  MEGHAN MCLOUGHLIN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  VICTOR MANUEL RAMIREZ

Dated: April 6, 2023              */s/ Antonio J. Pataca*
                                  ANTONIO J. PATACA
                                  Assistant United States Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

   Dated:   **April 7, 2023**

                                  _____
                                  UNITED STATES DISTRICT JUDGE