HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VICTOR  MANUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00146-JLT-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| VICTOR MANUEL RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and through the parties, through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant Victor Manuel Ramirez, that Mr. Ramirez's conditions of pretrial release be modified to remove conditions listed in paragraph seven of the *Order Setting Conditions of Release*. *See* ECF No. 11. United States Pretrial Services joins in this request.

On May 19, 2021, Mr. Ramirez, having no criminal history, was granted pretrial release on conditions. ECF No. 9. These conditions included supervision and reporting to United States Pretrial Services, reporting law enforcement contact, and drug testing, among others. *See Order Setting Conditions of Release*, ECF No. 11. On December 9, 2022, those conditions were modified to include participation in mental health treatment. *See* ECF No. 44.

At this point, Mr. Ramirez has been in complete compliance with all conditions for over

two years. He has reported as required, participated in drug testing, and requested and participated in mental health treatment. He also has been employed full-time for the duration of his pretrial release and raises three children, some of whom have special needs, with his wife in Merced County.

Given Mr. Ramirez's history of compliance, his full-time employment, other obligations, and living outside of Fresno County, the parties are in agreement and that it is appropriate and beneficial to Mr. Ramirez to modify his conditions of release, and hereby stipulate to the removal of conditions listed in paragraph seven. Conditions in paragraphs one through five of the *Order Setting Conditions of Release* are to remain in full force and effect.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Dated: July 21, 2023        */s/ Meghan D. McLoughlin*
                MEGHAN MCLOUGHLIN
                Assistant Federal Defender
                Attorney for Defendant
                VICTOR MANUEL RAMIREZ

Dated: July 21, 2023        */s/ Antonio J. Pataca*
                ANTONIO J. PATACA
                Assistant United States Attorney

**FINDINGS AND ORDER**

Upon stipulation by the parties and good cause having been shown, IT IS HEREBY ORDERED that Defendant Victor Ramirez's conditions of release are modified to remove those conditions listed in paragraph seven of the *Order Setting Conditions of Release*, ECF No. 11.

IT IS SO ORDERED.

Dated:  **July 21, 2023**        /s/ Erica P. Grosjean
                UNITED STATES MAGISTRATE JUDGE