HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VICTOR MANUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00146-JLT-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| VICTOR MANUEL RAMIREZ, | DATE: June 24, 2024 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

Counsel for Defendant Victor Manuel Ramirez, by and through his counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Antonio J. Pataca, hereby stipulate as follows:

1.     By previous order, this case was set for sentencing on June 24, 2024.

2.     By this stipulation, defendant now moves to continue the sentencing hearing until November 4, 2024 at 9:00 a.m.  As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3.     The parties agree and stipulate, and request that the Court find the following:

   a)    Counsel for defendant has been investigating different immigration matters relevant to Mr. Ramirez's status and the potential sentence in this case. In addition, defense counsel is exploring additional mitigation investigations.

        b)        Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Dated: June 5, 2024          */s/ Meghan D. McLoughlin*  
MEGHAN MCLOUGHLIN  
Assistant Federal Defender  
Attorney for Defendant  
VICTOR MANUEL RAMIREZ

Dated: June 5, 2024          */s/ Antonio J. Pataca*  
ANTONIO J. PATACA  
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **June 5, 2024**          _____  
UNITED STATES DISTRICT JUDGE