HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VICTOR MANUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00146-JLT-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| VICTOR MANUEL RAMIREZ | DATE: November 4, 2024 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

Counsel for Defendant Victor Manuel Ramirez, by and through his counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Antonio J. Pataca, hereby stipulate as follows:

1.      By previous order, this case was set for sentencing on November 4, 2024.

2.      By this stipulation, defendant now moves to continue the sentencing hearing until February 24, 2025 at 9:00 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for defendant has been investigating different immigration matters relevant to Mr. Ramirez's status and the potential sentence in this case, and continues to do so. In addition, defense counsel is exploring additional mitigation

investigations.

b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

IT IS SO STIPULATED.




                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: October 22, 2024          */s/ Meghan D. McLoughlin*
                                        MEGHAN MCLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        VICTOR MANUEL RAMIREZ


Dated: October 22, 2024          */s/ Antonio J. Pataca*
                                        ANTONIO J. PATACA
                                        Assistant United States Attorney




**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **October 22, 2024**

                                        UNITED STATES DISTRICT JUDGE