UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>VICTOR MANUEL RAMIREZ,<br><br>                Defendant. | CASE NO. 1:21-CR-00146-JLT-SKO<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending appearance on the motion for revocation of release under 18 U.S.C. § 3148 in the Eastern District of California, it is hereby ordered that the motion for revocation of release, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:  **November 14, 2024**

                              STANLEY A. BOONE<br>
                              United States Magistrate Judge