HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
VICTOR MANUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>VICTOR MANUEL RAMIREZ,<br><br>                Defendant. | Case No.  1:21-cr-00146-JLT-SKO<br><br>JOINT STATUS REPORT; STIPULATION AND ORDER TO VACATE CONTESTED HEARING AND SET DETENTION HEARING<br><br>Date: December 13, 2024<br>Time: 2:00 p.m.<br>Judge: Hon. Stanley A. Boone |
|---|---|

**JOINT STATUS REPORT**

Defendant Victor Manuel Ramirez, by and through his counsel Meghan D. McLoughlin, Assistant Federal Defender, and the United States, by and through its counsel Antonio Jose Pataca, Assistant United States Attorney, hereby file this joint status report to update the Court in advance of the hearing set for December 13, 2024 at 2:00 p.m.

The parties appeared for Mr. Ramirez's initial appearance on the *United States' Motion for Revocation of Release Under 18 U.S.C. § 3148*, Dkt. 68, on November 15, 2024.  At that time, the defense requested, and the Court scheduled, a contested hearing on the allegations that Mr. Ramirez had violated his conditions of release.  Since the initial appearance, the parties have conferred and agree that there is probable cause that Mr. Ramirez committed a new state offense and that, as a result, a contested hearing under 18 U.S.C. § 3148(b)(1)(A) is not necessary, and

jointly request that the Court vacate the contested hearing and set a detention hearing under § 3148(b)(2) to determine whether there is a condition or combination of conditions of release that would assure Mr. Ramirez's appearance in court and the safety of the community. As such, the parties stipulate and request that the Court find as follows:

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, that the contested hearing scheduled for December 13, 2024 may be VACATED and this matter may instead be set for a detention hearing under 18 U.S.C. § 3148(b)(2) on that same date, December 13, 2024 at 2:00 p.m. Specifically, the parties stipulate that:

1. The parties agree that the standard to revoke an order of release under 18 U.S.C. § 3148(b), as relevant here, requires that the judicial officer find, first, that there is probable cause to believe that Mr. Ramirez has committed a Federal, State, or local crime while on release. 18 U.S.C. § 3148(b)(1)(A). Second, the judicial officer must find that there is no condition or combination of conditions of release that will assure that Mr. Ramirez will not flee or pose a danger to the safety of any other person or the community, or that Mr. Ramirez is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2);

2. At this time, the defense concedes that there is probable cause that Mr. Ramirez committed a state offense while he was on release, based on law enforcement reports submitted as exhibits to the government's motion to revoke;

3. As a result, the contested issue is whether there is no condition or combination of conditions of release that will assure that Mr. Ramirez will not flee or pose a danger to the safety of any other person or the community, or that Mr. Ramirez is unlikely to abide by any condition or combination of conditions of release;

4. The parties would both like to be heard on this issue;

5. The parties jointly request that the Court vacate the contested hearing and set, instead, a detention hearing under 18 U.S.C. § 3148(b)(2).

Joint Status Report; Stipulation to Vacate Contested Hearing and Set Detention Hearing; Proposed Order        -2-        United States v. Ramirez
1:21-cr-00146-JLT-SKO

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 6, 2024        /s/ Meghan D. McLoughlin
                               Meghan D. McLoughlin
                               Assistant Federal Defender
                               Attorney for Defendant
                               VICTOR MANUEL RAMIREZ


DATED: December 6, 2024        /s/ Antonio Pataca
                               Antonio Pataca
                               Assistant United States Attorney
                               Attorney for Plaintiff


**ORDER**

IT IS ORDERED that the contested hearing set for December 13, 2024 at 2:00 p.m. is VACATED, and that a detention hearing be set on that same date, December 13, 2024 at 2:00 p.m.


DATED:  12/6/2024              _Sheila K. Oberto_
                               Hon. Sheila K. Oberto
                               United States Magistrate Judge